UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF LOUISIANA

IN RE:  Paul Chadwick Foss                                    Chapter 13 Case No: 08-10922


**TRANSMITTAL OF UNCLAIMED FUNDS**

Now comes Lucy G. Sikes, Standing Chapter 13 Trustee, who reports the following:

1.

That pursuant to code section 347(a) of Title 11, ninety (90) days after the final distribution under Section 1326, the Trustee shall stop payment on any check remaining unpaid and any remaining property of the estate shall be paid into the Court for disposal under Chapter 129 of Title 28.

2.

That in the above styled matter, ninety (90) days or more have passed since final distribution was made and pursuant to Rule 3011, the name of party to whom such non-negotiated distribution check was issued, the amount of the check and the creditor's last known address is as follows:

Paul Chadwick Foss
1268 Schex Drive
Bossier City, LA 71112

3.

The Trustee's check for $5.00 payable to the Clerk, U.S. Bankruptcy Court, is attached.

Respectfully submitted this 25th day of February 2010

/s/ Lucy G. Sikes
Lucy G. Sikes
Standing Chapter 13 Trustee
P. O. Box 1770
Shreveport, LA 71166

```
Void Ck#12457
```